■ BERNICE RONDINELLI et al., Appellants, v FRANK LUNA-TIS, Respondent.—Appeal by the plaintiffs from an order of the Supreme Court, Suffolk County (Cannavo, J.), entered February 23, 1989.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Cannavo at the Supreme Court. Rubin, J. P., Balletta, Rosenblatt and Miller, JJ., concur.